MICHAEL S. SUTTON LIMITED,
Plaintiff–Appellant,

v.

NOKIA CORPORATION and Nokia
Inc., Defendant–Appellees.

No. 2010–1218.

United States Court of Appeals,
Federal Circuit.

Dec. 15, 2010.

Rehearing and Rehearing En Banc
Denied Feb. 18, 2011.

Timothy W. Johnson, Matthews, Lawson & Johnson, PLLC, of Houston, TX, argued for plaintiff-appellant. With him on the brief were Guy E. Matthews and C. Vernon Lawson. Of counsel was Andy Tindel and Guy G. Fisher, Provost Umphrey Law Firm, of Beaumont, TX; and Jimmy M. Negem, Negem, Bickham & Worthington, of Tyler, TX.

Daryl L. Joseffer, King & Spalding, LLP, of Washington, DC, argued for defendant-appellee. With him on the brief were Paul D. Clement and Adam M. Conrad; and Alexas D. Skucas and Mark H. Francis, of New York, New York.

Before NEWMAN, DYK, Circuit Judges and WHYTE, District Judge *.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**